UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: | : |
|  | : CHAPTER 11 |
| KYONG H. KIM, | : |
|  | : |
|           Debtor. | : CASE NO. 02-20654 (GMB) |
|  | : |
| KYONG H. KIM | : |
|  | : |
|           Plaintiff, | : ADVERSARY NO. 06-2005 (GMB) |
| v. | : |
| UPPER DARBY TOWNSHIP, TAX CLAIM BUREAU OF DELAWARE COUNTY, ALLIED PROPERTY BROKERAGE, AND RAJ KUMAR KAPOOR, | : |
|  | : |
|           Defendants. | : |

CERTIFICATE OF SERVICE

    I, Nicole A. Ramos, hereby certify that on this 14th day of February, 2008, I have caused a true and correct copy of the foregoing Memorandum Opinion in the above-referenced adversary proceeding to be served on the following by placing same in the United States Mail, addressed as follows:

William Mackin, Esquire, P.C.
105 N. Broad Street
P.O. Box 304
Woodbury, NJ 08096
Attorney for Debtor

Colleen A. Garrity, Esquire
Flaster Greenberg, P.C.
1628 John F. Kennedy Boulevard, 15th Floor
Philadelphia, PA 19103
Attorney for Upper Darby Township

David A. Kasen, Esquire
Kasen & Kasen
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
P.O. Box 4130
Cherry Hill, NJ 08034
Attorney for Debtor

Samuel H. Israel, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Attorney for County of Delaware,
Pennsylvania

        /s/ Nicole A. Ramos
Judicial Assistant to the
Honorable Gloria M. Burns, U.S.B.J.